UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **PAULA CROSBY** | : | **DOCKET NO. 5:22-cv-04966** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 21], and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 21] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**. This civil action may be reinstated within 30 days for good cause shown, per Western District of Louisiana Local Civil Rule 41.3. Any such showing is to be made in writing and filed into the record of this matter.

**THUS DONE AND SIGNED** in Chambers this 21st day of July, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE